FILED

AUG 0 6 2008

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | CASE NO. 08CR01414-001-GT |
| v. | ) | O R D E R |
| ENRIQUE GARZA-VENCES, | ) | |
| Defendant. | ) | |

Pursuant to a written request from the United States Probation Office, the sentencing date presently set for August 27, 2008 is vacated and reset to October 28, 2008 at 9:00 a.m..

If the defendant is on bond, defense counsel is to file an acknowledgment of the next court date by the defendant within a week of receipt of this order.

DATED: 8-4-08

Gordon Thompson, Jr.
Senior U.S. District Judge

cc: all counsel of record

/jlg